PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
4100 W Alameda Avenue Fl 3 #301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
JESSICA CHRISTINE ALVAREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESSICA CHRISTINE ALVAREZ<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner, Social Security<br><br>    Defendant. | Case No. 2:22-CV-00622-E<br><br>[~~proposed~~] ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Honorable Charles F. Eick |

Based upon the parties' Stipulation for Award of Attorney Fees and Expenses under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees and expenses be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of $2,523.24, and expenses in the amount of $0.00 pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date:  12/31/22                            /S/ CHARLES F. EICK
                                           CHARLES F. EICK
                                           United States Magistrate Judge